Date of Arrest: **03/24**

# United States District Court
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br><br>Jose Antonio ARMENTA-Carrillo<br>AKA: Jose Antonio ARMENTA<br>Tony Moraga CARRILLO<br>019118078<br>YOB: 1957<br>Citizen of: Mexico<br><br>Defendant | Magistrate Case No. **25-01413MJ**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Re-Entry After Removal), Felony |

The undersigned complainant being duly sworn states:

## COUNT 1

That on or about March 24, 2025 Defendant Jose Antonio ARMENTA-Carrillo, an alien, was found in the United States at or near San Luis, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of El Paso, Texas, on or about April 06, 2007. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*John Ballos*    for AUSA John Ballos

*George Sosa Jr*
Signature of Complainant

Juan A. Saenz
Border Patrol Agent

Sworn to before me and subscribed telephonically,

March 25, 2025    at    Yuma, Arizona
Date                          City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

- 1 -

UNITED STATES OF AMERICA,

Vs.

Jose Antonio ARMENTA-Carrillo
AKA:  Jose Antonio ARMENTA
Tony Moraga CARRILLO
019118078

# STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about March 24, 2025, near San Luis, Arizona. Questioning of the Defendant by Border Patrol Agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, Border Patrol Agents determined the Defendant was first ordered removed at or near Eloy, Arizona on or about September 20, 1994. The Defendant has been removed on two (2) previous occasions.  The Defendant was most recently removed on or about April 06, 2007, through the port of El Paso, Texas, subsequent to a conviction in an United States District Court, District of Arizona on or about June 02, 1992, for the crime of Conspiracy to Possession With Intent to Distribute Marijuana, a felony.

Border Patrol Agents determined that on or about December 25, 2007, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements, and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs Luis D. Orsini and Jonathan L. Coulter.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Rust E. Brown.

_George Sosa Jr_
Signature of Complainant

Sworn to before me and subscribed telephonically,

March 25, 2025
Date

_____
Signature of Judicial Officer